**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SCOTT ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO.    22 CV 3669 |
| | ) | |
| CITY OF WILMINGTON, POLICE OFFICER | ) | |
| JURGENS, POLICE OFFICER CAMPOS, POLICE | ) | |
| OFFICER RUNIONS, and POLICE OFFICER BRIMER, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

Plaintiff, by his attorney Basileios Foutris of Foutris Law Office, Ltd.; and Defendants, by one of their attorneys, James Murphy; hereby stipulate for the dismissal of all claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own attorney's fees and costs.

On behalf of plaintiff,

By: *s*/Basileios J. Foutris
    Basileios Foutris
    Foutris Law Office, Ltd.
    53 W. Jackson, Suite 352
    Chicago, IL 60604
    Phone: 312-212-1200
    Email: bfoutris@foutrislaw.com

On behalf of all defendants,

By: *s/      James A. Murphy*
    James Murphy
    Mahoney, Silverman & Cross, LLC
    822 Infantry Drive, Suite 100
    Joliet, IL 60435
    Phone: 815-730-9500
    Email: jmurphy@msclawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2025 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will serve all counsel of record.

*s*/Basileios J. Foutris