# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| | |
|---|---|
| Everett McKinley Dirksen<br>United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

## NOTICE OF ISSUANCE OF MANDATE

January 16, 2026

To:  Thomas G. Bruton
     UNITED STATES DISTRICT COURT
     Northern District of Illinois
     Chicago, IL 60604

|  | |
|---|---|
| | SCOTT ADAMS,<br>                    Plaintiff - Appellee |
| No. 24-2800 | v. |
| | POLICE OFFICER JURGENS,<br>                    Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 1:22-cv-03669<br>Northern District of Illinois, Eastern Division<br>District Judge Manish S. Shah |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                         F.R.A.P. 42(b)

STATUS OF THE RECORD:                                 no record to be returned

form name: **c7_Mandate**     (form ID: **135**)