# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

January 16, 2026

*By the Court*:

|  | SCOTT ADAMS,<br>                    Plaintiff - Appellee |
|---|---|
| No. 24-2800 | v. |
|  | POLICE OFFICER JURGENS,<br>                    Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 1:22-cv-03669 |
| Northern District of Illinois, Eastern Division |
| District Judge Manish S. Shah |

Upon consideration of the **AGREED MOTION FOR VOLUNTARY DISMISSAL**, filed on January 15, 2026, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit